**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Robert Encarnacao,<br><br>            Plaintiff,<br>     v.<br><br>EOS CCA; and DOES 1-10, inclusive,<br><br>            Defendants. | :<br>:<br>:<br>:<br>:  Civil Action No.:  No:1:10-CV-10819-WGY<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: February 14, 2011

                                                                        Respectfully submitted,

                                                                        PLAINTIFF, Robert Encarnacao

                                                                        /s/ Sergei Lemberg                        

                                                                        Sergei Lemberg, Esq.
                                                                        B.B.O. No.: 650671
                                                                        **LEMBERG & ASSOCIATES L.L.C.**
                                                                        1100 Summer Street, 3rd Floor
                                                                        Stamford, CT 06905
                                                                        Telephone: (203) 653-2250
                                                                        Facsimile:  (877) 795-3666
                                                                        slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                By /s/ Sergei Lemberg_____

                                    Sergei Lemberg